Hernandez v Disla-Rodriguez (2021 NY Slip Op 51014(U))

[*1]

Hernandez v Disla-Rodriguez

2021 NY Slip Op 51014(U) [73 Misc 3d 133(A)]

Decided on November 1, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 1, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead P.J., McShan, Hagler, JJ.

570132/21

Agustin Hernandez, Plaintiff-Appellant, 
against
Yennifer L. Disla-Rodriguez,
Defendant-Respondent.

Plaintiff appeals from a judgment of the Civil Court of the City of New York, New York
County (Dakota D. Ramseur, J.), entered December 19, 2019, after inquest, in favor of defendant
dismissing the complaint.

Per Curiam.
Judgment (Dakota D. Ramseur, J.), entered December 19, 2019, affirmed, without costs.
Where, as here, the defendant has defaulted in appearing and an inquest is directed, it is still
necessary for the plaintiff to present proof of damages at the inquest (see Paulson v
Kotsilimbas, 124 AD2d 513, 514 [1986]; Wine Antiques v St. Paul Fire & Mar. Ins.
Co., 40 AD2d 657 [1972]). Based upon the limited record before this Court, consisting
primarily of the meandering and at times contradictory testimony of plaintiff, we agree that
plaintiff failed to prove damages on his claim that defendant failed to return funds entrusted to
her.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 1, 2021